**The order below is signed.**

    **1.  The debtor argues that it needs more time to assess its financial condition and the advisability of assuming the Commercial Agreement.  But that is a factual issue, and is a ground advanced for opposing the motion to compel rejection (namely, the alleged ground that it is premature to assess whether the lease ought to be assumed or rejected).**

    **2.  The motions to be addressed at the hearing present, in part, questions of law as to which the debtor does not need a continuance.  Although the questions might become moot if the hearing is continued and the debtor decides to reject the Commercial Agreement, Boffi SpA and Boffi USA, Inc. (and debtor's landlord as an affected creditor) are entitled to an early determination of whether as a matter of law the debtor is barred from assuming the Commercial Agreement, and the debtor is required to reject the Agreement.**

    **Dated: January 12, 2009.**

_S. Martin Teel Jr._

**S. Martin Teel, Jr.
U.S. Bankruptcy Judge**

IN  THE  UNITED  STATES  BANKRUPTCY  COURT
FOR  THE  DISTRICT  OF  COLUMBIA

| | |
|---|---|
| In Re: | Case No. 09-01023 |
| BOFFI STUDIO DC, LLC | CHAPTER 11 |

**ORDER DENYING DEBTOR'S MOTION TO CONTINUE
THE HEARINGS CURRENTLY SET FOR JANUARY 14, 2010**

Upon Consideration of the Motion filed on behalf of the Debtor to continue the hearings currently set before this Court on January 14, 2010 (the "Debtor's Motion to Continue") on the two (2) motions filed on behalf of the Creditors Boffi SpA and Boffi USA, Inc. pursuant to Sections 362 and 365 of the Bankruptcy Code, and the opposition or oppositions filed in response thereto, it is therefore: ORDERED that the Debtor's Motion to Continue be and the same hereby is DENIED.